# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA R. NICHOLSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-11-110-R |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social ) | |
| Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court are the Findings and Recommendation entered by United States Magistrate Judge Valerie Couch entered November 10, 2011. Doc. No. 16. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation [Doc. No. 16] is ADOPTED and the decision of the Commissioner of the Social Security Administration is REVERSED and this matter is REMANDED FOR FURTHER PROCEEDINGS.

IT IS SO ORDERED this 2nd day of December, 2011.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE